In the Matter of MICHAEL KAPUSCINSKI, Respondent, v GISELLE JELLETT, Appellant. [919 NYS2d 427]—

Present—Smith, J.P., Fahey, Carni, Lindley and Gorski, JJ.

LINDA GALLEY, Respondent, v GARY CLARK, Appellant. [919 NYS2d 457]—

Present—Smith, J.P., Fahey, Carni and Lindley, JJ.